IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FORBES ENERGY SERVICES LTD., | § | Case No. 17-20023 (DRJ) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FORBES ENERGY SERVICES LLC, | § | Case No. 17-20024 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| C.C. FORBES, LLC, | § | Case No. 17-20025 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| TX ENERGY SERVICES, LLC, | § | Case No. 17-20026 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FORBES ENERGY INTERNATIONAL, LLC, | § | Case No. 17-20027 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER DIRECTING THE JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (the "<u>Motion</u>")[1] of Forbes Energy Services Ltd. and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_SF:91426.1 28707/001

"Debtors"),  for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, including the ability to add later filed cases to these chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

    1.    The Motion is granted as set forth herein.

    2.    The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 17-20023 (DRJ). Additionally, the following checked items are ordered:

DOCS_SF:91426.1 28707/001

  a.  ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

  b.  ☒ Case Nos. 17-20024, 17-20025, 17-20026, and 17-20027 (higher case number) shall be transferred to Judge David R. Jones, who has the lower numbered case.

  c.  ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

  d.  ☒ Other: See below.

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FORBES ENERGY SERVICES LTD., et al.,[1] | § | Case No. 17-20023 (DRJ) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Forbes Energy Services, Ltd. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 11 cases of: Forbes Energy Services Ltd., Case No. 17-

---

[1] The Debtors, together with the last four digits of each Debtor's tax identification number, are: Forbes Energy Services Ltd. (1100); Forbes Energy Services LLC (6176); C.C. Forbes, LLC (5695); TX Energy Services, LLC (5843); and Forbes Energy International, LLC (6617). The location of the Debtors' headquarters and service address is 3000 South Business Highway 281, Alice, TX 78332.

20023; Forbes Energy Services LLC, Case No. 17-20024; C.C. Forbes, LLC, Case No. 17-20025; TX Energy Services, LLC, Case No. 17-20026; and Forbes Energy International, LLC, Case No. 17-20027.  The docket in Case No. 17-20023 (DRJ) should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an Order substantively consolidating their respective cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____ 2017

_____
UNITED STATES BANKRUPTCY JUDGE